IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HAWTHORNE, #247177, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:12-cv-901-WHA |
| | ) | |
| KIM TOBIAS THOMAS, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #17), entered on January 26, 2015, and the Petitioner's Objections (Doc. #18), filed on February 4, 2015.

The court has conducted an independent evaluation and *de novo* review of the file in this case. Having done so, the court agrees with the Magistrate Judge's determination that this petition is time-barred, and it is hereby ORDERED as follows:

1. Petitioner's Objections are OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. This petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice under 28 U.S.C. § 2244(d).

Final Judgment will be entered in accordance with this order.

DONE this 11th day of February, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE